B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**J. D. Hunter & Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Hunter Executive Suites (Trade Name)** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3353081** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2625 Butterfield Road<br>Suite 138-South<br>Oak Brook, IL**<br>ZIP Code **60523** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) <span style="float:right">Page 2</span>

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **J. D. Hunter & Associates, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____

<span style="margin-left:2em">Signature of Attorney for Debtor(s)</span>          (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**J. D. Hunter & Associates, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ L. Judson Todhunter**
Signature of Attorney for Debtor(s)

**L. Judson Todhunter 2840510**
Printed Name of Attorney for Debtor(s)

**Defrees & Fiske**
Firm Name

**200 South Michigan Avenue**
**Suite 1100**
**Chicago, IL 60604-2480**

Address

**Email: ljt@defrees.com**
**312-372-4000  Fax: 312-939-5617**
Telephone Number

**October 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jon D. Hunter**
Signature of Authorized Individual

**Jon D. Hunter**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 21, 2008**
Date

## United States Bankruptcy Court
### Northern District of Illinois

In re   **J. D. Hunter & Associates, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jon D. Hunter**, declare under penalty of perjury that I am the **President** of  **J. D. Hunter & Associates, Inc.,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 20th day of October, 2008.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jon D. Hunter, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jon D. Hunter, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jon D. Hunter, President** of this Corporation is authorized and directed to employ **L. Judson Todhunter 2840510**, attorney and the law firm of **Defrees & Fiske** to represent the corporation in such bankruptcy case."

Date   **October 20, 2008**

Signed   **/s/ Jon D. Hunter**

**Jon D. Hunter**

Resolution of Board of Directors
of
**J. D. Hunter & Associates, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jon D. Hunter**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jon D. Hunter**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jon D. Hunter**, **President** of this Corporation is authorized and directed to employ **L. Judson Todhunter 2840510**, attorney and the law firm of **Defrees & Fiske** to represent the corporation in such bankruptcy case.

Date **October 20, 2008** _____   Signed **/s/ Jon D. Hunter** _____
                                                              **Jon D. Hunter**

Date **October 20, 2008** _____   Signed _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **J. D. Hunter & Associates, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CieNet International<br>98 E Naperville Rd<br>Ste 202<br>Westmont, IL 60559 | CieNet International<br>98 E Naperville Rd<br>Ste 202<br>Westmont, IL 60559 | Security Deposit | | 550.00 |
| Cogent Communications Inc<br>1015 31st St<br>Washington, DC 20007 | Cogent Communications Inc<br>1015 31st St<br>Washington, DC 20007 | Trade Supplier | | 800.00 |
| Concord Building<br>Dan Weldon<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | Concord Building<br>Dan Weldon<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | Security Depoist | | 625.00 |
| Demaxa<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | Demaxa<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | Security Deposit | | 750.00 |
| Denholtz Associates<br>1600 St Georges Ave<br>POB 1234<br>Rahway, NJ 07065 | Denholtz Associates<br>1600 St Georges Ave<br>POB 1234<br>Rahway, NJ 07065 | Landlord - Invoice | | 62,833.89 |
| DJH Investments<br>Douglas Holcomb<br>202 8th Ave<br>La Grange, IL 60525 | DJH Investments<br>Douglas Holcomb<br>202 8th Ave<br>La Grange, IL 60525 | Secuity Deposit | | 625.00 |
| Etouch<br>2235 Glouceston Ln<br>Naperville, IL 60564 | Etouch<br>2235 Glouceston Ln<br>Naperville, IL 60564 | Security Deposit | | 500.00 |
| Execukare Inc<br>3120 Saratoga Ave<br>Downers Grove, IL 60515 | Execukare Inc<br>3120 Saratoga Ave<br>Downers Grove, IL 60515 | Secuity Deposit | | 495.00 |
| Five Star Medical Billing Inc<br>2S618 Ave<br>Chateaux E<br>Oak Brook, IL 60523 | Five Star Medical Billing Inc<br>2S618 Ave<br>Chateaux E<br>Oak Brook, IL 60523 | Secuity Deposit | | 750.00 |
| Lambert Clark LLC<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | Lambert Clark LLC<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | Secuity Deposit | | 595.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **J. D. Hunter & Associates, Inc.** _____    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lockamn Krane International Inc**<br>**205 E Butterfield Rd**<br>**No 300**<br>**Elmhurst, IL 60126** | **Lockamn Krane International Inc**<br>**205 E Butterfield Rd**<br>**No 300**<br>**Elmhurst, IL 60126** | **Secuity Deposit** | | **495.00** |
| **Marlabs Inc**<br>**2025 Lincoln Hwy**<br>**Edison, NJ 08817** | **Marlabs Inc**<br>**2025 Lincoln Hwy**<br>**Edison, NJ 08817** | **Secuity Deposit** | | **700.00** |
| **National Management Network**<br>**Steve Downard**<br>**203 Joliet Rd**<br>**Plainfield, IL 60544** | **National Management Network**<br>**Steve Downard**<br>**203 Joliet Rd**<br>**Plainfield, IL 60544** | **Secuity Deposit** | | **550.00** |
| **NRI Construction**<br>**1705 Mount Vernon Rd**<br>**Ste C**<br>**Atlanta, GA 30338** | **NRI Construction**<br>**1705 Mount Vernon Rd**<br>**Ste C**<br>**Atlanta, GA 30338** | **Secuity Deposit** | | **495.00** |
| **OneSource**<br>**Attn David Norris**<br>**2298 Lakeland Hills Blvd**<br>**Lakeland, FL 33805** | **OneSource**<br>**Attn David Norris**<br>**2298 Lakeland Hills Blvd**<br>**Lakeland, FL 33805** | **Security Deposit** | | **550.00** |
| **Open Mortgage**<br>**14101 Hwy 20**<br>**290 W Bldg 800**<br>**Austin, TX 78737** | **Open Mortgage**<br>**14101 Hwy 20**<br>**290 W Bldg 800**<br>**Austin, TX 78737** | **Security Deposit** | | **700.00** |
| **Redwood Construction**<br>**873 Burning Trail**<br>**Carol Stream, IL 60188** | **Redwood Construction**<br>**873 Burning Trail**<br>**Carol Stream, IL 60188** | **Security Deposit** | | **550.00** |
| **Sierra Investment Partners Inc**<br>**Jim Anisi**<br>**101 Ygnacio Valley Rd**<br>**Walnut Creek, CA 94596** | **Sierra Investment Partners Inc**<br>**Jim Anisi**<br>**101 Ygnacio Valley Rd**<br>**Walnut Creek, CA 94596** | **Security Deposit** | | **800.00** |
| **The Legend Group**<br>**Donald E Wade**<br>**5402 Challen Pl**<br>**Downers Grove, IL 60515** | **The Legend Group**<br>**Donald E Wade**<br>**5402 Challen Pl**<br>**Downers Grove, IL 60515** | **Security Deposit** | | **1,100.00** |
| **Varley Campbell & Associates**<br>**Tom Miller**<br>**2103 Coral Way**<br>**Miami, FL 33145** | **Varley Campbell & Associates**<br>**Tom Miller**<br>**2103 Coral Way**<br>**Miami, FL 33145** | **Secuity Deposit** | | **500.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **J. D. Hunter & Associates, Inc.**                                                         Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 21, 2008**                              Signature    **/s/ Jon D. Hunter**

**Jon D. Hunter**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re __J. D. Hunter & Associates, Inc._____,   Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **J. D. Hunter & Associates, Inc.**                                                ,    Case No. _____

_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

             **0**     continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **J. D. Hunter & Associates, Inc.**                                      ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A Referral Service**<br>**40 Lake Bellevue**<br>**Ste 100**<br>**Bellevue, WA 98015** | - | | Security Deposit | | | | **65.00** |
| Account No.<br><br>**Amazing Medical Care**<br>**1619 Firethorn St**<br>**Bolingbrook, IL 60490** | - | | Security Deposit | | | | **250.00** |
| Account No.<br><br>**CieNet International**<br>**98 E Naperville Rd**<br>**Ste 202**<br>**Westmont, IL 60559** | - | | Security Deposit | | | | **550.00** |
| Account No.<br><br>**CM & P Consultants**<br>**2625 Butterfield Road**<br>**Oak Brook, IL 60523** | - | | Security Deposit | | | | **50.00** |

___9___ continuation sheets attached

Subtotal (Total of this page)    **915.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:27420-081009    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **J. D. Hunter & Associates, Inc.**                               , Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cogent Communications Inc<br>1015 31st St<br>Washington, DC 20007 | - | | Trade Supplier | | | | 800.00 |
| Account No.<br><br>Concord Building<br>Dan Weldon<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | - | | Security Depoist | | | | 625.00 |
| Account No.<br><br>Demaxa<br>2625 Butterfield Road<br>Oak Brook, IL 60523 | - | | Security Deposit | | | | 750.00 |
| Account No.<br><br>Denholtz Associates<br>1600 St Georges Ave<br>POB 1234<br>Rahway, NJ 07065 | - | | October 1, 2008<br>Landlord - Invoice | | | | 62,833.89 |
| Account No.<br><br>DIRECTV Inc<br>POB 5392<br>Miami, FL 33152 | - | | Trade Supplier | | | | 99.94 |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **65,108.83**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **J. D. Hunter & Associates, Inc.** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**DJH Investments**<br>**Douglas Holcomb**<br>**202 8th Ave**<br>**La Grange, IL 60525** | - | | | **Secuity Deposit** | | | | **625.00** |
| Account No.<br><br>**Ellwood Associates**<br>**Attn Susan B Toth**<br>**33 W Monroe St Ste, 1850**<br>**Lakeland, FL 33805** | - | | | **Security Deposit** | | | | **460.00** |
| Account No.<br><br>**Ellwood Associates**<br>**33 W Monroe St**<br>**Ste 1850**<br>**Chicago, IL 60603** | - | | | **Security Depoist** | | | | **450.00** |
| Account No.<br><br>**Etouch**<br>**2235 Glouceston Ln**<br>**Naperville, IL 60564** | - | | | **Secuity Deposit** | | | | **500.00** |
| Account No.<br><br>**Execukare Inc**<br>**3120 Saratoga Ave**<br>**Downers Grove, IL 60515** | - | | | **Secuity Deposit** | | | | **495.00** |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,530.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **J. D. Hunter & Associates, Inc.**                                      ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Secuity Deposit | | | | |
| **Exequity**<br>**85211 Hampton Circle**<br>**Naperville, IL 60540** | | - | | | | | 50.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Five Star Medical Billing Inc**<br>**2S618 Ave**<br>**Chateaux E**<br>**Oak Brook, IL 60523** | | - | | | | | 750.00 |
| Account No. | | | Security Deposit | | | | |
| **I.Q. Technologies Inc.**<br>**Attn Ather Mahmood**<br>**8757 W 97th St**<br>**Palos Hills, IL 60465** | | - | | | | | 250.00 |
| Account No. | | | Trade Supplier | | | | |
| **Instant Offices**<br>**48 Wall St**<br>**Ste 1100**<br>**New York, NY 10005** | | - | | | | | 70.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Joseph Espinosa Law Offices**<br>**500 N Michigan Ave**<br>**Ste 300**<br>**Chicago, IL 60611** | | - | | | | | 300.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **1,420.00**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **J. D. Hunter & Associates, Inc.**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Security Deposit | | | | |
| **Kanella Antonopoulos 10842 Hastings St Westchester, IL 60154** | - | | | | | | 450.00 |
| Account No. | | | Trade Supplier | | | | |
| **Konica Minolta Business Solutions POB 7247-0118 Philadelphia, PA 19170** | - | | | | | | 120.69 |
| Account No. | | | Secuity Deposit | | | | |
| **Lambert Clark LLC 2625 Butterfield Road Oak Brook, IL 60523** | - | | | | | | 595.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Lockamn Krane International Inc 205 E Butterfield Rd No 300 Elmhurst, IL 60126** | - | | | | | | 495.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Maides-Keane 2625 Butterfield Road Oak Brook, IL 60523** | - | | | | | | 395.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,055.69

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **J. D. Hunter & Associates, Inc.**                Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Secuity Deposit | | | | |
| **Marlabs Inc 2025 Lincoln Hwly Edison, NJ 08817** | - | | | | | | 700.00 |
| Account No. | | | Secuity Deposit | | | | |
| **National Management Network Steve Downard 203 Joliet Rd Plainfield, IL 60544** | - | | | | | | 550.00 |
| Account No. | | | Secuity Deposit | | | | |
| **National Notary 2625 Butterfield Road Oak Brook, IL 60523** | - | | | | | | 450.00 |
| Account No. | | | Secuity Deposit | | | | |
| **NRI Construction 1705 Mount Vernon Rd Ste C Atlanta, GA 30338** | - | | | | | | 495.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Oak Brook Construction POB 5221 Oak Brook, IL 60523** | - | | | | | | 50.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,245.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **J. D. Hunter & Associates, Inc.** _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Ofer Buskila<br>1700 E 13th St<br>Unit 22-J<br>Cleveland, OH 44114** | - | | | **Security Depoist** | | | | 400.00 |
| Account No.<br><br>**Office 2 Share<br>29-23 212th St<br>Bayside, NY 11360** | - | | | **Trade Supplier** | | | | 104.00 |
| Account No.<br><br>**OneSource<br>Attn David Norris<br>2298 Lakeland Hills Blvd<br>Lakeland, FL 33805** | - | | | **Security Deposit** | | | | 550.00 |
| Account No.<br><br>**Open Mortgage<br>14101 Hwy 20<br>290 W Bldg 800<br>Austin, TX 78737** | - | | | **Secuity Deposit** | | | | 700.00 |
| Account No.<br><br>**Park Avenue Weddings<br>Roger Matteuci<br>665 Banbury Way<br>Bolingbrook, IL 60440** | - | | | **Secuity Deposit** | | | | 250.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,004.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **J. D. Hunter & Associates, Inc.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Secuity Deposit | | | | |
| ProSchools Inc 102255 W Pkwy Portland, OR 97201 | | | | | | | | 100.00 |
| Account No. | | - | | Secuity Deposit | | | | |
| Redwood Construction 873 Burning Trail Carol Stream, IL 60188 | | | | | | | | 550.00 |
| Account No. | | - | | Secuity Deposit | | | | |
| Reynold C MacDonald 2015 Spring Rd Ste 290 Oak Brook, IL 60521 | | | | | | | | 450.00 |
| Account No. | | - | | Security Depoist | | | | |
| Shannon Allegretti 320 Gage Rd Riverside, IL 60546 | | | | | | | | 395.00 |
| Account No. | | - | | Secuity Deposit | | | | |
| Sierra Investment Partners Inc Jim Anisi 101 Ygnacio Valley Rd Walnut Creek, CA 94596 | | | | | | | | 800.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,295.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **J. D. Hunter & Associates, Inc.** _____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Secuity Deposit | | | | |
| **Sino Group** **Bing Chen** **302C Cromwell Court** **Westmont, IL 60559** | | - | | | | | 390.00 |
| Account No. | | | Secuity Deposit | | | | |
| **The Legend Group** **Donald E Wade** **5402 Challen Pl** **Downers Grove, IL 60515** | | - | | | | | 1,100.00 |
| Account No. | | | CPA | | | | |
| **Thoresen Towers & Co Ltd** **340-W Butterfield Rd** **Ste 2C** **Elmhurst, IL 60126** | | - | | | | | 0.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Total Technical Specialist** | | - | | | | | 215.00 |
| Account No. | | | Secuity Deposit | | | | |
| **Varley Campbell & Associates** **Tom Miller** **2103 Coral Way** **Miami, FL 33145** | | - | | | | | 500.00 |

| | | |
|---|---|---|
| Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,205.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **J. D. Hunter & Associates, Inc.**                                    ,      Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Secuity Deposit | | | | |
| **Wavefront Medical Solutions** **2625 Butterfield Rd** **Ste 104** **Oak Brook, IL 60523** | - | | | | | | | 50.00 |
| Account No. | | | | Secuity Deposit | | | | |
| **Workscape Inc** **Doug Crose** **123 Felton St** **Marlborough, MA 01752** | - | | | | | | | 350.00 |
| Account No. | | | | Trade Supplier | | | | |
| **XO Communication** **8831 Sandy Pky** **Sandy, UT 84070** | - | | | | | | | 105.61 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 505.61 |
| Total (Report on Summary of Schedules) | 81,284.13 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **J. D. Hunter & Associates, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DA Butterfield LLC**<br>**POB 48132**<br>**Newark, NJ 07101** | **Landlord - Business Location 2625 Butterfield Rd**<br>**Ste 138 South, Oak Brook, IL 60523** |
| **Konica Minolta Business Solutions**<br>**POB 550599**<br>**Jacksonville, FL 32255-0599** | **910-0083231-000 Lease Printer** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **J. D. Hunter & Associates, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **J. D. Hunter & Associates, Inc.**

                                                          Case No.
                                     Debtor(s)            Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

          I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **21**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 21, 2008**                     Signature   **/s/ Jon D. Hunter**
                                                            **Jon D. Hunter**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **J. D. Hunter & Associates, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **49**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 21, 2008** _____        **/s/ Jon D. Hunter** _____

**Jon D. Hunter**/**President**
Signer/Title

A Referral Service
40 Lake Bellevue
Ste 100
Bellevue, WA 98015


Amazing Medical Care
1619 Firethorn St
Bolingbrook, IL 60490


CieNet International
98 E Naperville Rd
Ste 202
Westmont, IL 60559


CM & P Consultants
2625 Butterfield Road
Oak Brook, IL 60523


Cogent Communications Inc
1015 31st St
Washington, DC 20007


Concord Building
Dan Weldon
2625 Butterfield Road
Oak Brook, IL 60523


DA Butterfield LLC
POB 48132
Newark, NJ 07101


Demaxa
2625 Butterfield Road
Oak Brook, IL 60523


Denholtz Associates
1600 St Georges Ave
POB 1234
Rahway, NJ 07065


DIRECTV Inc
POB 5392
Miami, FL 33152

DJH Investments
Douglas Holcomb
202 8th Ave
La Grange, IL 60525


Ellwood Associates
Attn Susan B Toth
33 W Monroe St Ste, 1850
Lakeland, FL 33805


Ellwood Associates
33 W Monroe St
Ste 1850
Chicago, IL 60603


Etouch
2235 Glouceston Ln
Naperville, IL 60564


Execukare Inc
3120 Saratoga Ave
Downers Grove, IL 60515


Exequity
85211 Hampton Circle
Naperville, IL 60540


Five Star Medical Billing Inc
2S618 Ave
Chateaux E
Oak Brook, IL 60523


I.Q. Technologies Inc.
Attn Ather Mahmood
8757 W 97th St
Palos Hills, IL 60465


Instant Offices
48 Wall St
Ste 1100
New York, NY 10005


Joseph Espinosa Law Offices
500 N Michigan Ave
Ste 300
Chicago, IL 60611

Kanella Antonopoulos
10842 Hastings St
Westchester, IL 60154


Konica Minolta Business Solutions
POB 7247-0118
Philadelphia, PA 19170


Konica Minolta Business Solutions
POB 550599
Jacksonville, FL 32255-0599


Lambert Clark LLC
2625 Butterfield Road
Oak Brook, IL 60523


Lockamn Krane International Inc
205 E Butterfield Rd
No 300
Elmhurst, IL 60126


Maides-Keane
2625 Butterfield Road
Oak Brook, IL 60523


Marlabs Inc
2025 Lincoln Hwly
Edison, NJ 08817


National Management Network
Steve Downard
203 Joliet Rd
Plainfield, IL 60544


National Notary
2625 Butterfield Road
Oak Brook, IL 60523


NRI Construction
1705 Mount Vernon Rd
Ste C
Atlanta, GA 30338

Oak Brook Construction
POB 5221
Oak Brook, IL 60523


Ofer Buskila
1700 E 13th St
Unit 22-J
Cleveland, OH 44114


Office 2 Share
29-23 212th St
Bayside, NY 11360


OneSource
Attn David Norris
2298 Lakeland Hills Blvd
Lakeland, FL 33805


Open Mortgage
14101 Hwy 20
290 W Bldg 800
Austin, TX 78737


Park Avenue Weddings
Roger Matteuci
665 Banbury Way
Bolingbrook, IL 60440


ProSchools Inc
102255 W Pkwy
Portland, OR 97201


Redwood Construction
873 Burning Trail
Carol Stream, IL 60188


Reynold C MacDonald
2015 Spring Rd
Ste 290
Oak Brook, IL 60521


Shannon Allegretti
320 Gage Rd
Riverside, IL 60546

Sierra Investment Partners Inc
Jim Anisi
101 Ygnacio Valley Rd
Walnut Creek, CA 94596


Sino Group
Bing Chen
302C Cromwell Court
Westmont, IL 60559


The Legend Group
Donald E Wade
5402 Challen Pl
Downers Grove, IL 60515


Thoresen Towers & Co Ltd
340-W Butterfield Rd
Ste 2C
Elmhurst, IL 60126


Total Technical Specialist


Varley Campbell & Associates
Tom Miller
2103 Coral Way
Miami, FL 33145


Wavefront Medical Solutions
2625 Butterfield Rd
Ste 104
Oak Brook, IL 60523


Workscape Inc
Doug Crose
123 Felton St
Marlborough, MA 01752


XO Communication
8831 Sandy Pky
Sandy, UT 84070